**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| JUDGE: IRMA CARRILLO RAMIREZ | |
|---|---|
| DEPUTY CLERK: LISA MARTIN | COURT REPORTER/TAPE NO: DIGITAL |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 8 mins |
| A.M.          P.M. 2:00 | DATE: April 1, 2011 |

☐ MAG. NO. ☒ DIST. CR. NO. 3:11-CR-74-K(01)    USDJ Ed Kinkeade

UNITED STATES DISTRICT COURT    §    Charles Brown, AUSA

V.    §

PHILLIP SEAN ANTHONY    §    Camille Knight

DEFENDANT(S) NAME(S) AND NUMBER(S)    §    COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

☒ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY: ☒ SURRENDER 4/1/11  ☐ RULE 5/32  ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☒ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
☒ REQUESTS APPOINTED COUNSEL.
☒ FINANCIAL AFFIDAVIT EXECUTED.
☒ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☒ BOND ☐ SET ☐ REDUCED TO $_____ ☐ CASH ☐ SURETY ☐ 10% ☒ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☒ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 1 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy